**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Scott Travis Johnson,

Petitioner,

v.

Joshua Marx, *Field Office Director of U.S. Citizenship and Immigration Services in Minneapolis, MN;* Joseph B. Edlow, *Director of U.S. Citizenship and Immigration Services in Washington, D.C.*; Markwayne Mullin, *Secretary of the Department of Homeland Security*,

Respondents.

File No. 26-CV-04339 (JMB/JFD)

**ORDER**

---

This matter is before the Court on the Parties' Stipulation to Remand. (Doc. No. 6.)

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The case is remanded to the United States Citizenship and Immigration Services to complete its adjudication of Petitioner Scott Travis Johnson's N-400 naturalization application;

2. The United States Citizenship and Immigration Services shall issue a final decision on Petitioner Scott Travis Johnson's application within 45 days of this Order; and

3. This case shall be dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 3, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court